| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Chris Carson, Esq., SBN 280048<br>Dennis Price, Esq., SBN 279082 |
| 3 | Amanda Seabock, Esq., SBN 289900<br><u>Mail</u>: PO Box 262490 |
| 4 | San Diego, CA 92196-2490<br><u>Delivery</u>: 9845 Erma Road, Suite 300 |
| 5 | San Diego, CA 92131<br>(858) 375-7385; (888) 422-5191 fax |
| 6 | phylg@potterhandy.com |
| 7 | Attorneys for Plaintiff, Scott Johnson |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 3:19-CV-00267-LB |
| Plaintiff, | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| v. | |
| ALL STAR HOSPITALITY, INC., a California Corporation; and Does 1-10, | |
| Defendants. | |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

Dated: May 14, 2019     CENTER FOR DISABILITY ACCESS

By:     /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff