CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

KURT A. FRANKLIN (SBN: 172715)
kfranklin@hansonbridgett.com
JERRI KAY-PHILLIPS (SBN: 314857)
jkay-phillips@hansonbridgett.com
CELIA L. GUZMAN (SBN: 325616)
cguzman@hansonbridgett.com
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
Attorneys for Defendant
All Star Hospitality, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>ALL STAR HOSPITALITY, INC., a California Corporation; and DOES 1-10,<br><br>    Defendants. | Case No.: 3:19-CV-00267-LB<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

15733127.1

| | | |
|---|---|---|
| Dated: | August 13, 2019 | CENTER FOR DISABILITY ACCESS |

By: /s/ Amanda Lockhart Seabock
    Amanda Lockhart Seabock
    Attorneys for Plaintiff

Dated: August 13, 2019    HANSON BRIDGETT LL

By: /s/ Kurt A. Franklin
    Kurt A. Franklin
    Jerri Kay-Phillips
    Celia L. Guzman
    Attorney for Defendant
    ALL STAR HOSPITALITY, INC.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Kurt A. Franklin, counsel for All Star Hospitality, Inc., and that I have obtained Mr. Franklin's authorization to affix his electronic signature to this document.

Dated:       August 13, 2019           CENTER FOR DISABILITY ACCESS

                                By: /s/ Amanda Lockhart Seabock
                                    Amanda Lockhart Seabock
                                    Attorneys for Plaintiff